# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

THE FOUNTAINS UNIT #4
CONDOMINIUM ASSOC., INC.,

    Plaintiff,

v.                                Case No: 2:19-cv-518-FtM-66NPM

THE CINCINNATI INDEMNITY
COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to M.D. Fla. Local Rule 3.09 and the Court's Text Order dated June 8, 2021 [D.E. 34], plaintiff, The Fountains Unit #4 Condo. Assoc., Inc., and defendant, The Cincinnati Indemnity Company, hereby advise the Court that the parties have reached a settlement as to all claims in the above-captioned matter.

Dated: July 1, 2021

| | |
|---|---|
| s/ Ronald S. Haynes (*w/ consent*) | s/ Jason M. Chodos |
| Ronald S. Haynes, Esq. | Jason M. Chodos, Esq. |
| (FL Bar No. 153052) | (FL Bar No. 025823) |
| RHaynes@ligorilaw.com | chodos@litchfieldcavo.com |
| Christopher Ligori & Associates | Stephanie H. Carlton, Esq. |
| 117 S. Willow Ave. | (FL Bar No. 123763) |
| Tampa, FL 33606 | carlton@litchfieldcavo.com |
| Tel.: (813) 223-2929 | Litchfield Cavo LLP |
| Fax: (813) 251-6853 | 600 Corporate Drive, Suite 600 |
| *Attorneys for Plaintiff,* | Fort Lauderdale, Florida 33334 |
| *The Fountains Unit #4 Condo. Assoc., Inc.* | Tel.: (954) 689-3000 |
| | Fax: (954) 689-3001 |
| | *Attorneys for Defendant,* |
| | *The Cincinnati Indemnity Company* |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

THE FOUNTAINS UNIT #4
CONDOMINIUM ASSOC., INC.,

      Plaintiff,

v.                                Case No: 2:19-cv-518-FtM-66NPM

THE CINCINNATI INDEMNITY
COMPANY,

      Defendant.
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/ Jason M. Chodos
                                        Jason M. Chodos, Esq. (FL Bar No. 025823)
                                        chodos@litchfieldcavo.com
                                        Litchfield Cavo LLP
                                        600 Corporate Drive, Suite 600
                                        Fort Lauderdale, Florida 33334
                                        Tel.: (954) 689-3008
                                        Fax: (954) 689-3001
                                        *Counsel for Defendant,*
                                        *The Cincinnati Indemnity Company*

## SERVICE LIST

## The Fountains Unit #4 Condo. Assoc., Inc. v. The Cincinnati Indem. Co.

## Case No. 2:19-cv-518-FtM-66NPM

## United States District Court, Middle District of Florida

Ronald S. Haynes, Esq.
Christopher Ligori & Associates
117 S. Willow Ave.
Tampa, FL 33606
Tel.: (813) 223-2929
Fax: (813) 251-6853
Counsel for Plaintiff,
The Fountains Unit #4 Condo. Assoc., Inc.
Served via transmission of Notice of
Electronic Filing generated by CM/ECF